IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

STACY LEE HARDEN, JR.,
        Defendant.

No.  3:11-cr-30238-DRH-1

## ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court on defendant's court-appointed appellate counsel's, George F. Taseff, Acting Federal Public Defender for the Central District of Illinois, and Peter W. Henderson, Assistant Federal Public Defender, motion to withdraw as attorney (Doc. 71).  Counsel also requests that the Court appoint a new attorney to represent defendant in further proceeding before this Court.  The Court **GRANTS** counsel's motion.

    It is hereby found that defendant is financially unable to obtain counsel, is in need of counsel, and is entitled to the appointment of counsel.

    **WHEREFORE,** the Court hereby appoints the office of the Federal Public Defender for the Southern District of Illinois to represent defendant in further proceedings before this Court.

    **IT IS SO ORDERED.**
    Signed this 4th day of September, 2014.

Digitally signed by
David R. Herndon
Date: 2014.09.04
10:39:02 -05'00'

**Chief Judge**
**United States District Court**