# UNITED STATES DISTRICT COURT
for the Southern District of Illinois

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                 Case Number:  11-CR-30238-DRH-1

STACY HARDEN,

    Defendant.

## ORDER

This matter is before the Court on a motion by Defendant Harden for the United States Probation Office to prepare a Presentence Investigation Report prior to his plea of guilty (Doc. 87).  The government has no objection to the motion.  The Court **GRANTS** the motion and gives the United States Probation Office leave to begin preparation of the Presentence Investigation Report.  The probation office is requested to prepare the report in due course, **not** placing it in an expedited status.

**IT IS SO ORDERED.**

**Signed this 25th day of June, 2015.**

                                                            **United States District Court**